PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Christopher T. Cleary                                                                   Cr.: 18-00263-01
                                                                                                                                      PACTS #: 57988

Name of Sentencing Judicial           THE HONORABLE MARILYN L. HUFF (SD/CA)
Officer:

Name of New Jersey Judicial Officer:   THE HONORABLE SUSAN L. WIGENTON

Date of Original Sentence: 10/17/2011

Original Offense:    Possession of Child Pornography

Original Sentence:   63 months incarceration, 10 years supervised release

Special Conditions: special assessment, polygraph testing, computer monitoring, consent for third party notification, may not have access to internet without approval from probation office, no association with sex offenders unless in a treatment environment, no unsupervised contact with a minor, not to possess any materials that depicts sexually explicit conduct, no loitering in an area where children frequent, sex offender evaluation/treatment, and DNA testing

Type of Supervision: Supervised Release                     Date Supervision Commenced: 06/24/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                                  On June 18, 2019, Cleary submitted to a follow-up polygraph examination specific to sexual contact with a minor. His result was inconclusive.


U.S. Probation Officer Action: The offender was interviewed immediately after the polygraph examination on June 18, 2019. He denied any sexual contact with a minor and unsupervised contact with a minor. Cleary's nieces and nephews regularly visit his parent's household where he resides. Our office has addressed third party risk with his family, including the parents of his nieces and nephews. Cleary advised he masturbates while fantasizing about old child pornographic images imbedded in his memory. The offender is attracted to pre-pubescent girls. He expressed guilt over the instant offense and having nieces the same age. Cleary shared his nieces and nephews play pillow fight and hide and seek games with him and his father while at their house. He also shared his five-year-old niece recently tried to jump on his lap and kiss him. Our office explained how both are not appropriate. He denied allowing his niece to kiss him. His computer is actively being monitored by our office and he denied being in possession of any other computer/electronic devices. After the polygraph examination and interview, our office notified the local police department, the computer monitoring specialist, and his sex offender specific treatment provider. We are working with the treatment provider to address his ongoing sexualization of children. Due to his polygraph results and the triggers associated with being on the beach

with minimally clothed children, Cleary was denied travel with his family to Wildwood Beach, New Jersey. Our office will continue to have the polygraph provider administer more specific testing regarding the areas of concern. At this time, there is insufficient evidence to present the Court that meets the evidentiary standard required to support a violation of supervised release. Unless Your Honor requests another course of action, we are recommending no Court intervention. If any other instances of non-compliance arise, the Court will be notified immediately.

Respectfully submitted,

*Suzanne Golda-Martinez/jj*
Suzanne Golda-Martinez
Supervising U.S. Probation Officer
Date: 06/25/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

June 25, 2019
Date